**Order entered July 23, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00285-CV

## IN THE INTEREST OF A.B. AND A.B., CHILDREN

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-83116**

## ORDER

By letter dated May 18, 2021, we directed appellant to file written verification she had requested and paid, or made arrangements to pay, for the reporter's record. We further cautioned appellant that failure to comply could result in the appeal being submitted without the record. The letter, however, was inadvertently sent as court reporter Ramona Gonzalez informed the Court on May 12, 2021 that no record exists. Accordingly, the letter may be disregarded.

As the clerk's record has been filed and no reporter's record exists, we **ORDER** appellant to file her opening brief no later than August 23, 2021.

/s/    CRAIG SMITH
JUSTICE